IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COLBERT SEALS and                                                                                   PLAINTIFFS
PEGGY SEALS

VS.                                              CASE NO. 06-CV-4041

CBS CONTRACTING, INC.,
BIRT CRAIN, JR., and STEVEN CRAIN,
INDIVIDUALLY and COLLECTIVELY                                                      DEFENDANTS

## ORDER

On September 7, 2006, Defendants CBS Contracting, Inc., Birt Crain, Jr., and Stephen Crain, Individually and Collectively filed a Motion to Dismiss this case. (Doc. 3). Pursuant to United States District Court for the Western District of Arkansas Local Rule 7.2(b), Plaintiffs Colbert Seals and Peggy Seals had eleven (11) days from receipt of service of Defendants' Motion to Dismiss to "serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities."

As of October 25, 2006, Plaintiffs had not filed such a response, and the time for Plaintiffs' response to Defendants' Motion to Dismiss had passed. On that date, October 25, 2006, the Court issued a Show Cause Order (Doc. 4) to Plaintiffs, requesting that cause be shown for Plaintiffs' failure to respond to Defendants' Motion to Dismiss. Plaintiffs' response to the Show Cause Order was due by November 8, 2006. As of December 13, 2006, Plaintiffs have not responded to the Show Cause Order.

As a result, the Court finds that Plaintiffs have failed to prosecute this action and to comply with orders of the Court. Accordingly, the Court is satisfied that Plaintiffs' Complaint should be and hereby is **DISMISSED**.

**IT IS SO ORDERED**, this 13th day of December, 2006.

                                                   /s/Harry F. Barnes
                                           Hon. Harry F. Barnes
                                           United States District Judge